



**UNSEALED PER ORDER OF COURT**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Tay Christopher COOPER,<br><br>Defendant. | Magistrate Case No. **18MJ1306**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18, U.S.C. § 2552(a)(2) – Attempted Receipt of Images of Minors Engaged in Sexually Explicit Conduct; |

The undersigned Complainant, being duly sworn, states:

On or about February 9, 2016, within the Southern District of California, defendant Tay Christopher COOPER, did knowingly attempt to receive visual depictions, that is, digital and computer images, using a means and facility of interstate and foreign commerce, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

//
//
//
//

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Micah Spooner-Wyman, Special Agent
Homeland Security Investigations

Sworn to me and subscribed in my presence this 20 day of ~~February~~ March, 2018.

Hon. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

I am a Special Agent (SA) with U. S. Immigration and Customs Enforcement, Homeland Security Investigations (HSI), assigned to the San Diego, CA area of responsibility since October 2010. Currently, I am assigned to the HSI Oceanside Resident Agent in Charge Office and am a full time member of the Internet Crimes Against Children (ICAC) Task Force in San Diego, CA. This complaint is based on my own investigation as well as information received from fellow HSI agents and other law enforcement officers.

From March 2014 through June 2016, HSI Oceanside identified that the physical address associated with various internet protocol (IP) addresses and globally unique identifiers (GUIDs) possessed and made available for sharing numerous suspected child pornography files on the Gnutella peer-to-peer (P2P) file sharing network. HSI Oceanside identified the internet service provider for those various IPs as Time Warner Cable.

In May 2014, July 2015, and September 2016, Department of Homeland Security (DHS) Summons were sent to Time Warner Cable regarding the target IP addresses, requesting subscriber and account information for specific dates and times when the IPs had suspected child pornography files available for sharing on the Gnutella network. Time

2

Warner Cable responded that the subscriber on record was the same for each of the instances. Time Warner Cable listed that subscriber as having the last name Cooper, at a residence address in Carlsbad, California, within the Southern District of California. Agents performed law enforcement and open internet source checks and determined Tay Christopher COOPER (COOPER) and his wife lived at the residence address in Carlsbad, California, associated with the target IP addresses.

On December 14, 2016, HSI Special Agents executed a federal search warrant at COOPER's residence in Carlsbad, California. During execution of the warrant, agents encountered COOPER, who lived at the residence along with his wife. Agents seized multiple computers, hard drives, computer media, and other digital devices at the SUBJECT PREMISES.

Following execution of the warrant, HSI Computer Forensic Analysts (CFAs) analyzed all of the devices seized from the SUBJECT PREMISES. The following devices were positive for suspected child pornography:

- Acer Aspire T Desktop Computer (AT-600-UR22), Serial Number: 1A327UT11-600-WT35B00117280A (SYS01)
- iomega 1.0TB external USB hard drive, Part Number: 31888100, Model: GDHDU2, Serial Number: XRA0510C16 (PMD01)

The HSI CFA provided me a copy of the forensic analysis on a forensic output DVD on October 25, 2017. The analysis contained the suspected child pornography image and video files, along with a suspect file listing. I reviewed the forensic analysis and determined that the digital items listed above contained files depicting child pornography.

Specifically, the HSI CFA reviewed the allocated files located on SYS01 and identified approximately 222 suspect files (one video file and 221 image files) indicative of child pornography, all in the password-protected user account, "Tay." An additional 11,408 image and video files of suspected child pornography were discovered in unallocated space on SYS01. Below are descriptions of two video files from SYS01 determined by me to depict child pornography:

3

- File Name: Ed2k_f7eb7477ee9cef7af08e323f6b210e67.partial
    - This video file depicts a prepubescent female child wearing only a t-shirt and positioned on her knees with her exposed vagina, and anus to the camera. The female child spreads her buttocks apart manipulating her anus and vagina. An adult male hand is also shown touching the female child's anus and pulling apart her buttocks. This file was created and accessed on the computer on February 9, 2016.
- File Hash ID: 0B0C58DDD44FAAC599CE3A64A90455B11B8C3353
    - This video file depicts a white adult male having vaginal intercourse with a nude female toddler. The adult male has the female toddler's legs pinned up over her head and is seated over her face. The adult male is shown inserting his erect penis into the toddler's vagina. The audio associated with this video file is that of a baby crying. At approximately 5 seconds, "Whoooo! Popped her cherry this time. Now I can fuck her little cunt real hard" is shown in text on the screen.

The HSI CFA also discovered email accounts with the names of Tay Cooper and Mary Cooper on SYS01. The HSI CFA found Internet searches previously done with the terms "Tay Cooper" and the Subject Premises. The Chrome and Firefox web browsers contained saved form data including Cooper's name, address, and email address. According to the HSI CFA, webcache files, jump list files, link files, and recycle bin data all contained history of files downloaded to the Users\Tay\Downloads folder containing titles consistent with child pornographic material. A few examples of those titles are listed below:

- Best-holland-17yo[1]-teens-porno.avi
- Underage girls enjoying themselves.avi
- C:\Users\Tay\Downloads\Pedo – 10Yo Willing Daughter Pthc[2] New
- C:\Users\Tay\Downloads\pthc pedo rare deepthroat 5yo wow no gaging.mpg

The P2P file sharing program Shareaza was installed on SYS01 in the "Tay" user account, with the last installed/updated date of 11/7/2016. A history of more than 200 P2P search

---

[1] The abbreviation "yo" is known to stand for "years old."

[2] The acronym "pthc" is known to stand for "pre-teen hard core," referring to a type of child pornography.

terms was found in the Shareaza software folder on SYS01 in the "Tay" user account to include terminology associated with child pornographic material. A few examples of those search terms used were; 7yo, 8yo, 9yo, 16yo, 10yo anal, young first fist, asian pedo 2016, 2016 pthc, daughter, dog fuck, and pedo.

The HSI CFA also identified one suspect image indicative of child pornography on PMD01, along with 5,979 images of child erotica. The hard drive appeared to be used for file storage and backup purposes. I reviewed the one suspect image and found it is child pornography, described as follows:

- <u>File Name</u>:   natasha12 – lolitas young 12yr old virgins little child preteens underaged pussy ls-models bd-company.jpg
    - This image file depicts a prepubescent female child, naked, and lying on her left side with her legs spread apart so that her vagina and anus are exposed to the camera. The female child is smiling at the camera. A logo that reads "BD-Company BD-Team" is located to the bottom right of the image.

Based upon my training and experience and the foregoing facts, there is probable cause to believe Cooper has attempted to receive images of child pornography through use of P2P software and the Internet.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the statement of facts and arrest warrant. Sealing is necessary because premature disclosure of the contents of this statement of facts and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.